Christopher J. Moenig, SBN 267286
Antoine J. Bastien van der Meer, SBN 288525
MOENIG LAW
520 9th Street, Suite 102
Sacramento, California 95814
Telephone: 916.248.4515
Facsimile: 916. 248.4515
cmoenig@moeniglaw.com
abastien@ moeniglaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STACY MOENIG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a corporation, also doing business as Volkswagen of America, Inc., and TAKATA CORPORATION, a Japan corporation, also doing business as TK Holdings, Inc.,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-01197-MCE-EFB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DIMISSAL WITHOUT PREJUDICE** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Stacy Moenig hereby notifies the Court that Plaintiff voluntarily dismisses without prejudice all claims in the above-captioned matter. The defendants have not filed an answer to Plaintiff's complaint or moved for summary judgment on any of the claims asserted therein. Therefore, Plaintiff's dismissal of the entire action is permitted without a Court Order.

Dated: July 25, 2017　　　　　　　　MOENIG LAW

　　　　　　　　　　　　　　　　　　/s/ Christopher J. Moenig_____
　　　　　　　　　　　　　　　　　　Christopher J. Moenig
　　　　　　　　　　　　　　　　　　Antoine J. Bastien van der Meer
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff